2404 2 8 A 00 349

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD5 | E1701289 | Kilgore | 4880 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 6/10/24 @ 1731 | MDTA 16-303(c) |

**Place of Offense:** Bldg 472 Cedar Point Rd / NAS Pax River

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Person driving motor veh. on hwy on suspended lic and privilege

18 USC 13

### DEFENDANT INFORMATION
**Last Name:** Soliman  **First Name:** Mohamed  **M.I.:** S

**Street Address:** [REDACTED]

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| RA1794 | MS | 08 | Toyt/High | | Silv |

**A** ☑ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____  Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**X Defendant Signature:** [signature]

Original - CVB Copy

*E1701289*

CVB SCAN 07/10/2024 15:40

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **June 10, 20 24** while exercising my duties as a law enforcement officer in the _____ District of **Maryland**

I, Cpl Kilgore, was notified by Gate 2 sentries of a driver without a license who attempted to enter NAS Patuxent River. A license check with MVA revealed the defendant's license is currently suspended.

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 6/10/24   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/10/2024 15:40